**FILED**
February 16, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                                       )  CASE NO. 2:10-cr-00056 MCE
      Plaintiff,                      )
v.                                                           )  ORDER FOR RELEASE
                                                       )  OF PERSON IN CUSTODY
JOSHUA AARON CHADWICK,           )
                                                     )
      Defendant.             )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA AARON CHADWICK ; Case 2:10-cr-00056 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_    Release on Personal Recognizance

    \_\_\_    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of $25,000.00 to be co-signed by Joseph Chadwick.

    \_\_\_    Appearance Bond with 10% Deposit

    \_\_\_    Appearance Bond secured by Real Property

    \_\_\_    Corporate Surety Bail Bond

    _X_    (Other) Pretrial Conditions/Supervision.

Issued at Sacramento, CA on 2/16/2010 at _____ .

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge