DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA AARON CHADWICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  CR-S-10-00056 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF DEFENDANT'S PRESENCE** |
| JOSHUA AARON CHADWICK, | ) | |
| Defendant. | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, JOSHUA AARON CHADWICK, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

///

///

///

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated:  November 22, 2010

      */s/ Joshua Aaron Chadwick*
JOSHUA AARON CHADWICK
(Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: November 22, 2010

      */s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
JOSHUA AARON CHADWICK

**IT IS SO ORDERED.**

Dated:  November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2