DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA A. CHADWICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-10-056 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSHUA A. CHADWICK, | ) |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant U.S. Attorney, and defendant, JOSHUA A. CHADWICK by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference set for Thursday, December 2, 2010, be continued to Thursday, January 6, 2011.  The reason for this continuance is because the parties are productively discussing a resolution in the case and the defense needs more time to investigate.

It is further stipulated that the time period from the date of this stipulation, November 29, 2010, through and including the date of the new status conference hearing, January 6, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: November 30, 2010

                    Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Lexi Negin for*                                                        */s/ Lexi Negin*
KYLE REARDON                                                           LEXI NEGIN
Assistant U.S. Attorney                                    Assistant Federal Defender
Attorney for United States                              Attorney for Joshua A. Chadwick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA A. CHADWICK,<br><br>Defendant. | CASE NO. CR-S-10-056 MCE<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on November 30, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for December 2, 2010, be vacated and that the case be set for **Thursday, January 6, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 30, 2010 stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, November 29, 2010, through January 6, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3