```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00056-KJM |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| JOSHUA AARON CHADWICK, ) | |
| Defendant. ) | |

WHEREAS, on or about June 30, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Joshua Aaron Chadwick and the finding of forfeiture by the Court forfeiting to the United States the following property:

      a)    One 120 GB Maxtor DiamondMax Plus 9 hard drive, serial number Y3JW7CSE;

      b)    One generic computer in a "Shuttle" box seized from 271 East 9th Street, Chico, California, on May 26, 2009;

      c)    One 250 GB Western Digital 2500JS hard drive, serial number WCANK4774938;

1

      d)    One IBM desktop computer model 8303 M7U, serial number KLMMR6D; and

      e)    One 40 GB Maxtor Fireball hard drive, serial number MAF040J0.

AND WHEREAS, beginning on July 2, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Joshua Aaron Chadwick.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. U.S. Marshals Service shall maintain custody of and

///
///
///
///

2

1 control over the subject property until it is disposed of
2 according to law.

4     SO ORDERED this 2nd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE